```
1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff HENRY LEE FRANKLIN, III
6
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | | |
|---|---|---|
| HENRY LEE FRANKLIN, III, | ) | Case No.: 1:11-cv-02058-SMS |
| Plaintiff, | ) ) ) | **STIPULATION TO EXTEND BRIEFING SCHEDULE;** |
| vs. | ) ) | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | (Doc. 12) |
| Defendant | ) ) | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Henry Lee Franklin, III ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to August 27, 2012; and that Defendant shall have until September 26, 2012, to file his opposition, if any is forthcoming. Any reply by plaintiff will be due October 10, 2012.

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 26, 2012          Respectfully submitted,

                                     LAW OFFICES OF LAWRENCE D. ROHLFING

                                     /s/ *Steven G. Rosales*

BY: _____
        Steven G. Rosales
        Attorney for plaintiff KHOU CHANG

DATE:  July 26, 2012          BENJAMIN WAGNER
                                     United States Attorney

                                     */S/- Elizabeth Barry

                                     _____
                                     Elizabeth Barry
                                     Special Assistant United States Attorney
                                     Attorney for Defendant
                                     [*Via email authorization]

## **ORDER**

IT IS HEREBY ORDERED that plaintiff is granted to and through **August 27, 2012**, within which to file his Opening Brief; Defendant is granted to and through **September 26, 2012**, to consider the contentions raised in Plaintiff's Opening Brief and to file any opposition if necessary; and, any reply by Plaintiff shall be due by **October 10, 2012**.

IT IS SO ORDERED.

Dated:  **July 30, 2012**          **/s/ Sandra M. Snyder**
                                                       UNITED STATES MAGISTRATE JUDGE