```
1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| HENRY LEE FRANKLIN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | Case No. CIV-1:11-02058-SMS<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION OR OTHERWISE RESPOND TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a first extension, or until October 29, 2012, in which to file his Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

The undersigned counsel for the Defendant requires additional time to consult with her client regarding significant matters in this case. This request is not intended to cause intentional delay. This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: September 27, 2012        */s/ Steven Gilbert Rosales*
                                             (as authorized via e-mail)
                                             STEVEN GILBERT ROSALES
                                             Attorney for Plaintiff

|   |   |
|---|---|
| | BENJAMIN WAGNER |
| | United States Attorney |
| Dated: September 27, 2012 | By /s/ Elizabeth Barry |
| | ELIZABETH BARRY |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/28/2012            /s/ SANDRA M. SNYDER
                            SANDRA M. SNYDER
                            UNITED STATES MAGISTRATE JUDGE