1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, 8th Floor
      San Francisco, California 94105
6     Telephone:  (415) 977-8972
      Facsimile:  (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9

          UNITED STATES DISTRICT COURT
10           EASTERN DISTRICT OF CALIFORNIA
                  **FRESNO DIVISION**
11

12 HENRY LEE FRANKLIN,                )
                                      )   Case No.  CIV-1:11-02058-SMS
13         Plaintiff,            )
                                      )   STIPULATION AND ORDER
14     v.                         )   FOR REMAND PURSUANT TO SENTENCE
                                      )   FOUR OF 42 U.S.C. § 405(g)
15 COMMISSIONER OF                    )
   SOCIAL SECURITY,                   )
16                                    )
           Defendant.            )
17 _____)

18     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

19 record, that this action be remanded to the Commissioner of Social Security for further administrative

20 action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

21 four.

22 / / /

On remand, the administrative law judge (ALJ) is directed to: (1) offer the claimant an opportunity for a new hearing and (2) evaluate the evidence in the context of 20 C.F.R., Pt. 404, Subpt. P, App. 1, 12.05C (Listing 12.05C). In particular, the ALJ should correctly characterize the IQ evidence, should consider the claimant's participation in special education classes prior to age 22, and should examine the effect of the claimant's severe depression in the context of Listing 12.05C.

Respectfully submitted,

Dated: October 16, 2012      */s/ Steven Gilbert Rosales*
(as authorized via e-mail)
STEVEN GILBERT ROSALES
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: October 16, 2012      By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   October 16, 2012                /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE