Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Henry Lee Franklin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY LEE FRANKLIN, | ) Case No.: 1:11-CV-02058-SMS |
| Plaintiff, | ) AMENDED ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT ) ATTORNEY FEES AND EXPENSES ) PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 ) U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,700.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation. The prior order (Docket at 21) is stricken.

IT IS SO ORDERED.

Dated: **February 8, 2013**          **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE